1  NINA F. LOCKER, State Bar No. 123838
   STEVEN D. GUGGENHEIM., State Bar No. 201386
2  CAZ HASHEMI, State Bar No. 210239
   DAVID A. MCCARTHY, State Bar No. 226415
3  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
4  650 Page Mill Road
   Palo Alto, CA 94304-1050
5  Telephone: (650) 493-9300
   Facsimile: (650) 565-5100
6
   Attorneys for Defendants
7  BROCADE COMMUNICATIONS SYSTEMS,
   INC. and ANTONIO CANOVA
8

9

10
                    UNITED STATES DISTRICT COURT
11
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
12
                        SAN FRANCISCO DIVISION
13

| | |
|---|---|
| PRENA SMAJLAJ, Individually and On Behalf of All Other Persons Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　　　vs.<br><br>BROCADE COMMUNICATIONS SYSTEMS, INC., GREGORY L. REYES and ANTONIO CANOVA,<br><br>　　　　　Defendants. | CIVIL ACTION NO.: 3:05-cv-2042<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING CLASS ACTION RELATED CASES** |

STIP AND [PROPOSED] ORDER
RE: CLASS ACTION RELATED CASES
CASE NO. 3:05-CV-2042

1  The parties stipulate, and the Court hereby orders, as follows:

2  RELATED CLASS ACTION CASES

3  The following actions are related cases within the meaning of Civil Local Rule 3-12:

4  • *Prena Smajlaj v. Brocade Communications Systems, Inc., Inc., et al.,* No. 3:05-cv-
5  2042;

6  • *Mario Saldana-Harlow v. Brocade Communications Systems, Inc, et al.*, No. 3:05-
7  cv-2139, filed May 24, 2005.

8  • *Hai-Ning Huang v. Brocade Communications Systems, Inc,, et al.,* No. 3:05-cv-
9  02316.

10
11  IT IS SO STIPULATED.

12  Dated: June 13, 2005                    Respectfully Submitted,

13                                          WILSON SONSINI GOODRICH & ROSATI
                                            Professional Corporation
14

15
                                            By:    /s/David A. McCarthy
16                                                      David A. McCarthy

17                                          Attorneys for Defendants
                                            BROCADE COMMUNICATIONS SYSTEMS,
18                                          INC. and ANTONIO CANOVA

19

20  Dated: June 13, 2005                    LAW OFFICES OF BRIAN BARRY
                                            1801 Avenue of the Stars, Suite 307
21                                          Los Angeles, CA 90067
                                            Telephone: (310) 788-0831
22                                          Facsimile: (310) 788-0841

23

24                                          By:    /s/Brian Barry
                                                        Brian Barry
25
                                            Attorneys for Plaintiff
26                                          PRENA SMAJLAJ

27

28

STIP AND [PROPOSED] ORDER
RE: CLASS ACTION RELATED CASES
CASE NO. 3:05-CV-2042                       1                    C:\NRPORTBL\PALIB1\VM3\2669815_1.DOC

| | | |
|---|---|---|
| 1 | Dated: June 13, 2005 | SCHIFFRIN & BARROWAY, LLP |
| 2 | | 280 King of Prussia Road |
| | | Radnor, PA 19087 |
| 3 | | Telephone: (610) 667-7706 |
| 4 | | |
| | | By: /s/Tamara Skvirsky |
| 5 | | Tamara Skvirsky |
| 6 | | |
| 7 | | Attorneys for Plaintiff |
| | | MARIO SALDANA-HARLOW |
| 8 | | |
| 9 | Dated: June 13, 2005 | STULL, STULL & BRODY |
| 10 | | 10940 Wilshire Boulevard, Suite 2300 |
| | | Los Angeles, CA 90024 |
| 11 | | Telephone: (310) 209-2468 |
| 12 | | |
| | | By: /s/Patrice L. Bishop |
| 13 | | Patrice L. Bishop |
| 14 | | Attorneys for Plaintiff |
| | | HAI-NING HUANG |

STIP AND [PROPOSED] ORDER
RE: CLASS ACTION RELATED CASES
CASE NO. 3:05-CV-2042

2

C:\NRPORTBL\PALIB1\VM3\2669815_1.DOC

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, David A. McCarthy, attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 13th day of June 2005 at Palo Alto, California.

                                             /s/David A. McCarthy
                                             David A. McCarthy

1  **[PROPOSED] ORDER**

2  Upon Stipulation of the Parties and good cause appearing therefore, IT IS SO ORDERED.

3

4  Dated: June 22, 2005

5  _____
   THE HONORABLE CHARLES R. BREYER
   UNITED STATES DISTRICT JUDGE

APPROVED
Charles R. Breyer

STIP AND [PROPOSED] ORDER
RE: CLASS ACTION RELATED CASES
CASE NO. 3:05-CV-2042

4

C:\NRPORTBL\PALIB1\VM3\2669815_1.DOC